In the Matter of the Estate of Suzanne Shirey Mc-Candless, et al., Minors.

Alice Lanquist Forch, Petitioner-Appellant, v. Suzanne Shirey McCandless, et al., Minors, by Dr. William J. W. McCandless, Their Guardian, Respondent-Appellees.

Gen. No. 49,077.

First District, First Division.

November 26, 1963.

Rehearing denied December 26, 1963.

Canel and Canel of Chicago (Charles I. Calisoff and Jay A. Canel, of counsel), for appellant; Thaddeus G. Lukas, of Chicago (John P. Carey, of counsel), for appellees. Opinion by JUSTICE BURMAN. Not to be published in full.